**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : Chapter 13 |
| | : |
| Susan J. Michelfelder | : |
| | : |
| Debtor | : Bankruptcy No. 17-17018 ELF |

**CERTIFICATE OF SERVICE**

I, **MICHAEL SCHWARTZ, ESQUIRE,** hereby certify that Debtor's 2nd Amended Chapter 13 Plan sent on November 29, 2017, by electronic notification and/or United States First Class Mail to the Office of the Trustee, and all other interested parties.

      \s\ Michael Schwartz
**MICHAEL SCHWARTZ, ESQUIRE**
**Attorney for Debtor**