# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 17-17018-ELF

SUSAN J MICHELFELDER

39 DEWSBURY LANE

QUAKERTOWN, PA 18951

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    SUSAN J MICHELFELDER

    39 DEWSBURY LANE

    QUAKERTOWN, PA 18951

**Counsel for debtor(s), by electronic notice only.**
    MICHAEL SCHWARTZ
    707 LAKESIDE OFFICE PARK
    STREET AND STUMP ROADS
    SOUTHAMPTON, PA 18966-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

    /s/ William C. Miller

Date: 12/12/2017

    _____
    William C. Miller, Esquire
    Chapter 13 Standing Trustee