## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Susan J. Michelfelder<br>    Debtor<br><br>Lakeview Loan Servicing, LLC, its successors and/or assigns<br>    Movant<br>  vs.<br>Susan J. Michelfelder<br>    Debtor<br><br>William C. Miller Esq.<br>    Trustee | CHAPTER 13<br><br><br><br>NO. 17-17018 ELF<br><br><br><br>11 U.S.C. Section 362 |

### PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to Confirmation of Lakeview Loan Servicing, LLC, which was filed with the Court on or about February 23, 2018

        Respectfully submitted,

        **/s/ Rebecca A. Solarz, Esquire**
        Rebecca A. Solarz, Esquire
        rsolarz@kmllawgroup.com
        KML Law Group, P.C.
        BNY Mellon Independence Center
        701 Market Street, Suite 5000
        Philadelphia, PA 19106
        215-627-1322

March 5, 2018