## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re:        Susan J. Michelfelder            Chapter 13

            Debtor            Bankruptcy No. 17-17018-elf

### CERTIFICATE OF SERVICE

I, **MICHAEL SCHWARTZ, ESQUIRE,** hereby certify that Debtor's 4th Amended Chapter 13 Plan sent on February 26, 2018, by electronic notification and/or United States First Class Mail to the Office of the Trustee, and all other interested parties.

　　　　　　　　　　　　　　　　　　　　　\s\ Michael Schwartz
　　　　　　　　　　　　　　　　　　　　**MICHAEL SCHWARTZ, ESQUIRE**
　　　　　　　　　　　　　　　　　　　　**Attorney for Debtor**