## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    **Susan J. Michelfelder**    :    **Chapter 13**
:    **Bankruptcy No.**
:    **17-17018 ELF**

## **CERTIFICATE OF SERVICE**

I, **MICHAEL S. SCHWARTZ, ESQUIRE**, hereby certify that I sent the attached motion for Approval of Compensation (Application for compensation) on April 10, 2018 via electronic notification and/or United States First Class Mail to the Trustee and all interested parties.

Respectfully Submitted,

\_\_\_\s\ Michael S. Schwartz_____
**MICHAEL S. SCHWARTZ, ESQUIRE**
Attorney for Debtor