**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | **Susan J. Michelfelder** | : | **Chapter 13** |
| | | : | **Bankruptcy No.** |
| | | : | **17-17018 ELF** |

**ORDER**

**AND NOW,** this 2nd day of May, 2017, upon consideration of the foregoing Application for Compensation and Reimbursement of Expenses, it is hereby **ORDERED** that MICHAEL S. SCHWARTZ, ESQUIRE, is awarded **$3,500.00** as compensation for bankruptcy services performed. The Trustee is authorized to pay the unpaid balance thereof, the sum of **$2,000.00** from the estate to the extent provided by the confirmed Plan.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**