United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-17018-elf
Susan J. Michelfelder                                                   Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Virginia           Page 1 of 1              Date Rcvd: May 02, 2018
                          Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 04, 2018.
db            +Susan J. Michelfelder,    39 Dewsbury Lane,    Quakertown, PA 18951-1009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 2, 2018 at the address(es) listed below:
     HOWARD GERSHMAN    on behalf of Creditor    CAB East, LLC/Ford Motor Credit Company, LLC
      hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
     MICHAEL SETH SCHWARTZ    on behalf of Debtor Susan J. Michelfelder msbankruptcy@verizon.net
     REBECCA ANN SOLARZ    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                        TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | **Susan J. Michelfelder** | : | **Chapter 13** |
| | | : | **Bankruptcy No.** |
| | | : | **17-17018 ELF** |

**ORDER**

**AND NOW,** this 2nd day of May, 2017, upon consideration of the foregoing Application for Compensation and Reimbursement of Expenses, it is hereby **ORDERED** that MICHAEL S. SCHWARTZ, ESQUIRE, is awarded **$3,500.00** as compensation for bankruptcy services performed. The Trustee is authorized to pay the unpaid balance thereof, the sum of **$2,000.00** from the estate to the extent provided by the confirmed Plan.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**