# UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:   Susan J. Michelfelder | : | Chapter 13 |
| | : | |
| **Debtor** | : | |
| **Lakeview Loan Servicing, LLC** | : | |
|     Movant | : | **Bankruptcy Case Number** |
| | : | **17-17018 ELF** |
| | : | |
| v. | : | |
| | : | |
| Susan J. Michelfelder | : | |
| | : | |
|     Respondent/Debtor | : | |
| | : | |
| And | : | |
| | : | |
| William C. Miller, Esquire | : | |
|     Trustee | : | |

## **CERTIFICATE OF SERVICE**

I, **MICHAEL SCHWARTZ, ESQUIRE,** hereby certify that the attached response to the

Motion of Lakeview Loan Servicing was sent this 4th day of September 2019 via electronic

notification and/or United States, First Class Mail, postage prepaid to all secured and priority

creditors (if any) at the address listed in the claims register:

**Movant's Counsel**
Rebecca A. Solarz, Esq.
KML Law Group


**Trustee:**
William C. Miller, Esquire
Chapter 13 Standing Trustee


                                                                                           \s\ Michael Schwartz
                                                                                   **MICHAEL SCHWARTZ, ESQUIRE**
                                                                                   Attorney for Debtor