UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

    SUSAN J. MICHELFELDER            NO. 17-17018 ELF
                                                      CHAPTER 13

**ORDER APPROVING STIPULATION IN RESOLUTION OF MOTION OF CAB EAST, LLC/FORD MOTOR CREDIT COMPANY, LLC FOR RELIEF FROM STAY RE: A LEASED 2017 FORD EXPLORER MOTOR VEHICLE [DOC. 43]**

It is hereby ORDERED that the Stipulation of the parties with respect to the Motion of CAB East, LLC/Ford Motor Credit Company, LLC for Relief from Stay as to a leased motor vehicle, namely, a 2017 Ford Explorer [Doc. 47], is approved.

Date: 9/6/19

                                            **ERIC L. FRANK**
                                            **U.S. BANKRUPTCY JUDGE**