United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Susan J. Michelfelder
    Debtor

Case No. 17-17018-elf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2　　User: Virginia　　Page 1 of 1　　Date Rcvd: Sep 06, 2019
　　　　　　　　　　　　Form ID: pdf900　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2019.
db　　　　　+Susan J. Michelfelder,    39 Dewsbury Lane,    Quakertown, PA 18951-1009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2019　　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2019 at the address(es) listed below:
      HOWARD GERSHMAN    on behalf of Creditor    CAB East, LLC/Ford Motor Credit Company, LLC
       hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
      MICHAEL SETH SCHWARTZ    on behalf of Debtor Susan J. Michelfelder msbankruptcy@verizon.net,
       schwartzmr87357@notify.bestcase.com
      REBECCA ANN SOLARZ    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                    TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    SUSAN J. MICHELFELDER                               NO. 17-17018 ELF
                                                               CHAPTER 13

**ORDER APPROVING STIPULATION IN RESOLUTION OF MOTION OF CAB EAST, LLC/FORD MOTOR CREDIT COMPANY, LLC FOR RELIEF FROM STAY RE: A LEASED 2017 FORD EXPLORER MOTOR VEHICLE [DOC. 43]**

It is hereby ORDERED that the Stipulation of the parties with respect to the Motion of CAB East, LLC/Ford Motor Credit Company, LLC for Relief from Stay as to a leased motor vehicle, namely, a 2017 Ford Explorer [Doc. 47], is approved.

Date: 9/6/19

_____
    **ERIC L. FRANK**
    **U.S. BANKRUPTCY JUDGE**