# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                     Chapter 13

                     Bankruptcy No. 17-17018-ELF

     SUSAN J MICHELFELDER

     39 DEWSBURY LANE

     QUAKERTOWN, PA 18951

         Debtor

## <u>CERTIFICATE OF SERVICE</u>

     **AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

     SUSAN J MICHELFELDER

     39 DEWSBURY LANE

     QUAKERTOWN, PA 18951

Counsel for debtor(s), by electronic notice only.

     MICHAEL SCHWARTZ
     707 LAKESIDE OFFICE PARK
     STREET AND STUMP ROADS
     SOUTHAMPTON, PA 18966-

                            /S/ Kenneth E. West

Date: 5/23/2022                   _____

                            Kenneth E. West, Esquire
                            Chapter 13 Standing Trustee