Certificate Number: 15317-PAE-DE-036691249

Bankruptcy Case Number: 17-17018



15317-PAE-DE-036691249

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 18, 2022, at 8:32 o'clock AM PDT, Susan J Michelfelder completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   July 18, 2022              By:   /s/Rose Benito

                                   Name: Rose Benito

                                   Title: Counselor