United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                                        Case No. 17-17018-elf

Susan J. Michelfelder                                                                                    Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                   User: admin                                  Page 1 of 3

Date Rcvd: Dec 30, 2022                          Form ID: 138OBJ                        Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Susan J. Michelfelder, 39 Dewsbury Lane, Quakertown, PA 18951-1009 |
| 13999057 | #+ | Admirals Bank, 200 Clarendon St Fl 22, Boston, MA 02116-5051 |
| 14010265 | + | Admirals Bank, 15 Park Row West, Providence RI 02903-1115 |
| 14387426 | + | Credit Acceptance Corporation, c/o William E. Craig, Esq., 110 Marter Ave., Suite 301, Moorestown, NJ 08057-3124 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 30 2022 23:46:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 30 2022 23:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13999058 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 30 2022 23:51:44 | At&T Universal Citi Card, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 13999060 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 30 2022 23:51:40 | Cap1/justice, Capital One Retail Srvs/Attn: Bankruptcy, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 14030431 | | Email/PDF: bncnotices@becket-lee.com | Dec 31 2022 00:01:49 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14032828 | + | Email/Text: bnc@bass-associates.com | Dec 30 2022 23:46:00 | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite 200, Tucson, AZ 85712-1083 |
| 13999063 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 30 2022 23:46:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy, Po Box 18215, Columbus, OH 43218 |
| 13999064 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 30 2022 23:46:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 13999065 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 30 2022 23:46:00 | Comenity Capital/mprc, Attn: Bankruptcy, Po Box 18215, Columbus, OH 43218 |
| 13999081 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 30 2022 23:51:32 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 14038656 | | Email/Text: bnc-quantum@quantum3group.com | Dec 30 2022 23:46:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 13999066 | | Email/Text: EBNBKNOT@ford.com | Dec 30 2022 23:46:00 | Ford Motor Credit, National Bankruptcy Service Center, Po Box 62180, Colorado Springs, CO 80962 |
| 14000768 | | Email/Text: EBNBKNOT@ford.com | | |

Case 17-17018-elf   Doc 65   Filed 01/01/23   Entered 01/02/23 00:23:01   Desc Imaged
                              Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 30, 2022 | Form ID: 138OBJ | Total Noticed: 40 |

| Recip ID | | Notice method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Dec 30 2022 23:46:00 | Ford Motor Credit Company LLC, Dept. 55953, PO Box 55000, Detroit, MI 48255-0953 |
| 13999061 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 30 2022 23:51:37 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 13999062 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 30 2022 23:51:30 | Chase Card Services, Attn: Correspondence, Po Box 15278, Wilmington, DE 19850 |
| 13999067 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 30 2022 23:46:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14062060 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 30 2022 23:51:44 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14060259 | | Email/Text: camanagement@mtb.com | Dec 30 2022 23:46:00 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 13999068 | | Email/Text: camanagement@mtb.com | Dec 30 2022 23:46:00 | M & T Bank, Po Box 844, Buffalo, NY 14240 |
| 13999069 | + | Email/Text: bnc@nordstrom.com | Dec 30 2022 23:46:29 | Nordstrom Signature Visa, Colorado Service Center, Po Box 6555, Englewood, CO 80155-6555 |
| 13999070 | | Email/Text: bankruptcies@penncredit.com | Dec 30 2022 23:46:00 | Penn Credit, 916 S 14th Street, PO Box 988, Harrisburg, PA 17108-0988 |
| 14041196 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 30 2022 23:51:38 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14001474 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 30 2022 23:51:43 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14059489 | | Email/Text: bnc-quantum@quantum3group.com | Dec 30 2022 23:46:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13999071 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 30 2022 23:51:32 | Syncb/Toys 'R' Us, Po Box 965064, Orlando, FL 32896-5064 |
| 13999072 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 30 2022 23:51:37 | Syncbpaypalsmartconn, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 13999073 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 30 2022 23:51:37 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 13999074 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 30 2022 23:51:32 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 13999075 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 30 2022 23:51:32 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 13999076 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 30 2022 23:51:43 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 13999077 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 30 2022 23:51:38 | Synchrony Bank/QVC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 13999078 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 30 2022 23:51:43 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 13999080 | | Email/Text: bankruptcy@td.com | Dec 30 2022 23:46:00 | Td Banknorth, Attn: Bankruptcy, Po Box 1190, Lewston, ME 04243 |
| 14063053 | + | Email/Text: bncmail@w-legal.com | Dec 30 2022 23:46:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13999079 | + | Email/Text: bncmail@w-legal.com | Dec 30 2022 23:46:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 14031758 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 30 2022 23:51:37 | Verizon, by American InfoSource LP as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 36

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Dec 30, 2022 | Form ID: 138OBJ | Total Noticed: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13999059 | | Cap1/bstby |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 01, 2023         Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor LakeView Loan Servicing  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| HOWARD GERSHMAN | on behalf of Creditor CAB East  LLC/Ford Motor Credit Company, LLC hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor LakeView Loan Servicing  LLC mfarrington@kmllawgroup.com |
| MICHAEL SETH SCHWARTZ | on behalf of Debtor Susan J. Michelfelder msbankruptcy@gmail.com  schwartzmr87357@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Susan J. Michelfelder
    Debtor(s)

Case No: 17−17018−elf
Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 12/30/22